IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **EDDIE RILEY and ETTA JENNINGS, as personal representative of the estate of LATHAM JENNINGS, deceased,** ) ) ) ) ) | |
| Plaintiffs, ) ) | Civil Action Number **7:02-cv-01821-UWC** |
| **vs.** ) ) | |
| **SHERIFF TED SEXTON, JAMES TAGGART, and ANNETTE WOLFE** ) ) ) ) | |
| Defendants. ) | |

**ORDER**

On August 3, 2005, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. On August 22, 2005, petitioner filed objections to the magistrate judge's report and recommendation. On September 7, 2005, the magistrate judge's report and recommendation was amended.

After careful consideration of the record in this case, the magistrate judge's original report and recommendation, petitioner's objections thereto, and the magistrate judge's amended report and recommendation, the court hereby

ADOPTS the report of the magistrate judge.  The court ACCEPTS the recommendations of the magistrate judge and it is therefore

ORDERED, ADJUDGED and DECREED that the Defendant's Motion for Summary Judgment (Doc. 16) is due to be and is hereby GRANTED.

Done this 29th day of September, 2005.

_____
U.W. Clemon
Chief United States District Judge